IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01959-ZLW-MEH

NORFOLK SOUTHERN RAILWAY CORPORATION,

    Plaintiff,

v.

SUPERLOADS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    Plaintiff's Unopposed Motion for Leave of Court for Counsel to Appear Telephonically at the Scheduling Conference [filed November 14, 2008; docket #10] is **granted**. Plaintiff's counsel may appear telephonically by calling Chambers at (303) 844-4507 at 9:45 a.m. on Thursday, November 20, 2008.

    All future filings with the Court shall comply with the U.S. District Court for the District of Colorado's Local Rules of Practice, namely D.C. Colo. LCivR 10.1.