IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01959-ZLW-MEH

NORFOLK SOUTHERN RAILWAY CO.,

    Plaintiff,

v.

SUPERLOADS, INC.,

    Defendant.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 18, 2009.**

    The Joint Motion to Extend the Discovery Deadline [filed February 17, 2009; docket #37] is **granted**. The Discovery Cut-off is extended up to and including **May 5, 2009**. The Dispositive Motion deadline is reset to **May 20, 2009**. The Telephonic Final Pretrial Conference set for June 1, 2009, at 9:45 a.m., is **vacated** and **rescheduled** to **July 20, 2009**, at **9:45 a.m.**

    The Settlement Conference set in this matter for March 5, 2009, at 1:30 p.m. is **vacated** and **rescheduled** to Monday, **April 13, 2009,** at **10 a.m.** Accordingly, Plaintiff's Motion for Leave of Court for Counsel and Plaintiff Representative to Appear Telephonically at Settlement Conference [filed February 18, 2009; docket #39] is **denied as moot**.