IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01959-ZLW-MEH

NORFOLK SOUTHERN RAILWAY CO.,

    Plaintiff,

v.

SUPERLOADS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2009.**

    Plaintiff's Motion for Leave of Court for Counsel and Plaintiff Representative to Appear Telephonically at Settlement Conference [filed February 27, 2009; docket #43] is **granted**. Although Plaintiff represented to the Court in its Motion that Defendant opposed such request, Defendant failed to timely file a response. Accordingly, Plaintiff and the Plaintiff Representative shall conference together and call Chambers at (303) 844-4507 at the designated time.

    The Court emphasizes to the parties that in its experience, cases may require more than one session to complete a settlement. Should this case not settle at the conference on April 13, 2009, the Court will likely hold a subsequent conference and, in that event, would likely require all parties to be present in person.