IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   08-cv-01959-ZLW-MEH | Date:   October 26, 2009 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | Jeffrey D. Cohen |
| | Varghese Kurian |
| Plaintiff, | (both by telephone) |
| vs. | |
| SUPERLOADS, INC., | Matthew Cassady |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:**     9:11 a.m.

Court calls case.  Appearances of counsel.

Argument and discussion regarding Superloads, Inc.'s, Motion for Protective Order Pursuant to F.R.C.P. 26(c) [Doc. #64, filed 10/16/09].

**ORDERED:**   For reasons stated on the record, Superloads, Inc.'s, Motion for Protective Order Pursuant to F.R.C.P. 26(c) [Doc. #64, filed 10/16/09] is DENIED without prejudice.

Discussion regarding extending the discovery deadline to allow time for the deposition of Tim Mann.  Counsel are directed to file a written motion.

Discussion regarding telephonic appearance of counsel at the Final Pretrial Conference and the status of settlement negotiations.

**Court in recess:**        9:31 a.m.  (Hearing concluded)
**Total time in court:**   0:20