IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01959-ZLW-MEH

NORFOLK SOUTHERN RAILWAY CO.,

      Plaintiff,

v.

SUPERLOADS, INC.,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 24, 2009.**

      The Unopposed Motion for Leave of Court for Norfolk Southern to Appear Telephonically at the Final Pretrial Conference [filed November 23, 2009; docket #79] is **granted**.  Counsel for Plaintiff shall call Chambers at (303) 844-4507 at the designated time.