IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01959-ZLW-MEH

NORFOLK SOUTHERN RAILWAY CO.,

     Plaintiff,

v.

SUPERLOADS, INC.,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 29, 2011.**

     Plaintiff's Unopposed Motion to Adjourn Trial and All Scheduling Deadlines Due to Settlement [filed March 28, 2011; docket #93] is **granted in part and denied in part**. The April 6, 2011 trial preparation conference and May 2, 2011 trial before the Honorable Zita L. Weinshienk are hereby **vacated**. The parties shall file with the Court dismissal papers or a status report concerning settlement **on or before June 30, 2011**.