IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01959-WYD-MEH

NORFOLK SOUTHERN RAILWAY CORPORATION,
Plaintiff,

v.

SUPERLOADS, INC.,
Defendant,

and Consolidated Civil Action No. 09-cv-00648-WYD-MJW

NORFOLK SOUTHERN RAILWAY CORPORATION,
Plaintiff,

v.

SUPERLOADS, INC.,
Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

THIS MATTER comes before the Court upon review of the file. On June 17, 2011, Defendant Superloads, Inc. filed a Suggestion of Bankruptcy (ECF No. 97). The filing indicated that on May 19, 2011, Defendant Superloads, Inc. filed a Petition in Bankruptcy under Chapter 7 of the United States Bankruptcy Code (United States Bankruptcy Court for the District of Colorado, Case No. 11-21837-MER).

On July 1, 2011, I issued an Order to any interested party to show cause on or before July 13, 2011 as to why this matter should not be stayed pursuant to the United States Code, 11 U.S.C. § 101 *et. seq.*, and in accordance with 11 U.S.C. § 362, the automatic stay provision. No responses were filed.

Therefore, I find that this matter is subject to the automatic stay pursuant to 11 U.S.C. § 362.  Since the Defendant Superloads, Inc.'s Chapter 7 bankruptcy petition is currently pending and the outcome of the bankruptcy case is uncertain, I find that this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.  Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action pursuant to D.C.COLO.LCivR 41.2 with leave to be reopened for good cause shown.

Dated:  July 18, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge